IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMPHONE KONGKHAM,

    Petitioner,                    No. CIV S-07-0088 LKK CMK P

    vs.

JAMES A. YATES, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        In light of the pending findings and recommendations to dismiss, the respondents are relieved of their obligation to file a response to petitioner's habeas application. If appropriate, the court will make further orders regarding a responsive filing.

        IT IS SO ORDERED.

DATED: February 15, 2007.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE