IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMPHONE KONGKHAM,                    No. CIV S-07-0088-LKK-CMK-P

    Petitioner,

  vs.                                   ORDER

JAMES A. YATES,

    Respondent.

_____/

Petitioner brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court previously found petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved and respondent was directed to file a response. However, this action was dismissed for petitioner's failure to keep the court apprised of his current address, and the respondent was relieved of his obligation to file a response. This case is now reopened pursuant to the court's order of September 17, 2007.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's application within forty-five days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the

1

determination of the issues presented in the application.  See Rule 5, Fed. R. Governing §2254 Cases;

    2.    Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

    3.    If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondent's reply, if any, shall be filed within fifteen days thereafter; and

    4.    The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:   September 24, 2007.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE