IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMPHONE KONGKHAM,** | CIV S-07-0088 LKK CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before January 9, 2008.

DATED: December 13, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order